BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R BROWN (254142)
JENNIFER L. MACPHERSON (202021)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HOMAYOUN SADDR ARHAMI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE PROVIDER NETWORK, INC.; REGAL MEDICAL GROUP, INC., a California corporation,<br><br>Defendants. | Case No. 2:23-cv-01299-MWF-SK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>District Judge Michael W. Fitzgerald<br>Courtroom 5A, First Street<br>Magistrate Judge Steve Kim<br>Courtroom 540, Temple Street<br><br>Complaint Filed:  February 21, 2023<br>Trial Date:  Not Set<br><br>**JURY TRIAL DEMANDED** |

BLOOD HURST & O' REARDON, LLP

1    PLEASE TAKE NOTICE that Plaintiff Homayoun Saddr Arhami, pursuant

2   to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the action

3   without prejudice. Dismissal without leave of Court is proper under Rule

4   41(a)(1)(A)(i), as Defendants have not answered the Complaint or filed a motion

5   for summary judgment.

6                                              Respectfully submitted,

7   Dated: March 1, 2023              BLOOD HURST & O'REARDON, LLP
                                      TIMOTHY G. BLOOD (149343)
8                                     PAULA R BROWN (254142)
                                      JENNIFER L. MACPHERSON (202021)
9

10                                    By:     s/ Timothy G. Blood
                                            TIMOTHY G. BLOOD
11
                                      501 West Broadway, Suite 1490
12                                    San Diego, CA  92101
                                      Tel: 619/338-1100
13                                    619/338-1101 (fax)
                                      tblood@bholaw.com
14                                    pbrown@bholaw.com
                                      jmacpherson@bholaw.com
15
                                      Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O' REARDON, LLP

00200128

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on March 1, 2023, I electronically filed the foregoing

3

with the Clerk of the Court using the CM/ECF system which will send notification

4

of such filing to the e-mail addresses denoted on the Electronic Mail Notice List,

5

and I hereby certify that I have mailed the foregoing document or paper via the

6

United States Postal Service to the non-CM/ECF participants indicated on the

7

Electronic Mail Notice List.

8

    I certify under penalty of perjury under the laws of the United States of

9

America that the foregoing is true and correct. Executed on March 1, 2023.

10

11

                                *s/ Timothy G. Blood*
                              TIMOTHY G. BLOOD

12

                              BLOOD HURST & O'REARDON, LLP
13
                              501 West Broadway, Suite 1490
                              San Diego, CA  92101
14
                              Tel: 619/338-1100
                              tblood@bholaw.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

00200128    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

BLOOD HURST & O' REARDON, LLP